## EVERSON *a.* GEHRMAN.

*Supreme Court, First District; General Term, January,* 1856.

### APPEAL.—COSTS.

Where there is but one set of papers, one argument, and one judgment, there is but one appeal, and the successful party is entitled to but one bill of costs, notwithstanding that the several adverse parties appeared by different attorneys.

Motion in relation to the costs of an appeal.

WHITING, J.—Three of the defendants joined in an appeal from the special to the general term. The notice of appeal was signed by three different attorneys, and was of *one* appeal. The respondent's attorneys were obliged to give notice to each of the attorneys, and although there was but one set of papers, one argument, and one judgment, he claims three separate and full bills of costs.

I think there was but *one* appeal, and the respondent is entitled to but *one* bill of costs.